# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| NORRIS SKINNER, | § | |
| (TDCJ-CID #617857) | § | |
| | § | |
| Petitioner, | § | |
| vs. | § | CIVIL ACTION H-12-3769 |
| | § | |
| WILLIAM STEPHENS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

The petitioner's Motion for Extension of Time, (Docket Entry No. 24), is granted. The petitioner must file a response to the respondent's dispositive motion no later than August 14, 2013.

SIGNED on July 10, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge